# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2001

_____

MONIQUE WOOD, NIKKI CLARK
and DARCY CAVELL,

 Appellants,

 v.

MARSHALL CASSEDY, JR.,

 Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

February 11, 2019

PER CURIAM.

 AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

 ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David P. Healy of Dudley, Sellers, Healy & Heath, PL,
Tallahassee, for Appellant.

J. Marshall Conrad and Anthony L. Bajoczky, Jr. of Ausley McMullen, Tallahassee, for Appellee.